

# Fourth Court of Appeals
## San Antonio, Texas

September 27, 2018

No. 04-18-00563-CV

**IN THE INTEREST OF G.V.S., ET AL CHILDREN**,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01818
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

     This is an accelerated appeal from a trial court's order terminating appellant mother's parental rights. Appellant mother's brief was due September 24, 2018. On the due date, appellant mother filed a motion for extension of time asking for an additional twenty days in which to file her brief. After review, we **GRANT** appellant mother's motion and **ORDER** appellant mother to file her brief in this court **on or before October 15, 2018.**

     We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Marialyn Barnard, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court